JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SIMON SIMONIAN, an individual, | Case No. 2:25-cv-1916-MEMF(PVCx) |
| Plaintiff, | Case Assigned to: Judge Maame Ewusi-Mensah Frimpong |
| vs. | |
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 100, inclusive, | **ORDER RE STIPULATION OF THE PARTIES FOR DISMISSAL** |
| Defendants. | |

Pursuant to the Stipulation of Plaintiff Simon Simonian and Defendant State Farm General Insurance Company, this action is dismissed with prejudice as to all claims, causes of action and parties, and each side is to bear their own costs, expenses and attorney fees. **IT IS SO ORDERED.**

DATED: May 4, 2026

_____
THE HONORABLE MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT COURT JUDGE

MUSICK, PEELER
& GARRETT LLP

1
ORDER RE STIPULATION OF THE PARTIES FOR DISMISSAL